UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
SAFETY INSURANCE COMPANY            )
                                    )
    Plaintiff,                      )    C.A. No. 05-10181-RWZ
                                    )
v.                                  )
                                    )
UNITED STATES OF AMERICA            )
                                    )
    Defendant.                      )
_____ )


STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41 (a)(1), the parties move this Honorable Court to dismiss this action with prejudice and without costs and interest.

    Respectfully submitted,

    UNITED STATES OF AMERICA
    By its attorneys

    MICHAEL J. SULLIVAN
    United States Attorney


    By:   /s/ Christopher Alberto
           CHRISTOPHER ALBERTO
           Assistant U.S. Attorney
           1 Courthouse Way, Suite 9200
           Boston, MA 02210

    And:  /s/ Thomas C. O'Keefe, III
           THOMAS C. O'KEEFE, III
           O'Keefe & Gale
           180 West Central Street
Dated: April 17, 2006        Natick, MA 01760

CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                                /s/ Christopher Alberto  
                                                Christopher Alberto  
                                                Assistant United States Attorney

Date: April 17, 2006